UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWANSON, et al., | No. 2:14-cv-1431 KJM DAD |
| Plaintiffs, | |
| v. | **ORDER** |
| YUBA CITY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

      Plaintiffs David Swanson, through his guardian ad litem Heather Swanson-Houston, and Heather Swanson-Houston suing on her own behalf, have filed this action alleging generally that defendants have refused to provide a free and appropriate education for Swanson and to accommodate his disability. ECF No. 1. Neither plaintiff has paid the filing fee, but Swanson has submitted a request to proceed in forma pauperis. ECF No. 2. Swanson-Houston has not sought to proceed in forma pauperis.

      "Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed in forma pauperis unless all of them demonstrate inability to pay the filing fee." *Darden v. Indymac Bancorp, Inc.*, No. CIV S-09-2970 JAM DAD PS, 2009 WL 5206637, at *1 (E.D. Cal. Dec. 23, 2009); *see also Seligman v. Hart*, No. 12cv3067–LAB (BGS), 2013 WL 371991 at *1 (S.D. Cal. Jan. 15, 2013). As there has been no showing that Swanson Houston is unable to pay the filing fee or that the two plaintiffs together are unable to pay the fee, the motion to

1

1 | proceed in forma pauperis is denied.  *See Edmonds v. Carteret Police Dept*., Civil Action No. 10–
2 | 2304 (SDW), 2010 WL 4929279, at *2 (D.N.J. Nov. 230, 2010)  (refusing to allow the action to
3 | proceed without payment of the filing fee when only one plaintiff had submitted financial
4 | information).
5 | IT IS THEREFORE ORDERED that:
6 | 1.  Swanson's application to proceed in forma pauperis, ECF No. 2, is denied
7 | without prejudice;
8 | 2.  Plaintiffs must file renewed requests to proceed in forma pauperis or pay the
9 | complete filing fee within twenty-one days of the date of this order; if they do not comply, the
10 | action will be dismissed for failure to prosecute.
11 | DATED:  June 23, 2014.

_____
UNITED STATES DISTRICT JUDGE