UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWANSON, et al., | No. 2:14-cv-1431 KJM DAD |
| Plaintiffs, | |
| v. | ORDER |
| YUBA CITY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

    Plaintiffs David Swanson through his guardian ad litem Heather Swanson-Houston, and Heather Swanson-Houston suing on her own behalf, have filed this action alleging generally that defendants have refused to provide a free and appropriate education for Swanson and to accommodate his disability.  ECF No. 1.  When the action was filed, only David Swanson filed a request to proceed in forma pauperis.  The court denied the request because Swanson-Houston had not sought to proceed in forma pauperis.  ECF No. 3.  Both plaintiffs have now submitted requests to proceed in forma pauperis.  ECF Nos. 7 & 8.  As both qualify to proceed without prepayment of fees, the court grants both requests and allows the action to proceed without payment of the filing fee.

    In addition, Swanson-Houston has applied to act as guardian ad litem for Swanson, who is an incompetent adult.  Under Rule 17(c)(2) of the Federal Rules of Civil Procedure, the

court must appoint a guardian ad litem for an incompetent litigant and accordingly approves this request.

IT IS THEREFORE ORDERED that:

1. Both applications to proceed in forma pauperis, ECF Nos. 7 & 8, are granted and the case may proceed without payment of the filing fee; and

2. Heather Swanson Houston is appointed as guardian ad litem for David Swanson.

DATED: June 30, 2014.

_____
UNITED STATES DISTRICT JUDGE

2