UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWANSON, et al., | No. 2:14-cv-1431 KJM DAD |
| Plaintiffs, | |
| v. | ORDER |
| YUBA CITY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

Plaintiffs are proceeding in this action through counsel. On July 1, 2014, the court granted plaintiffs' request to proceed in forma pauperis. ECF No. 9.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The United States Marshal is directed to serve within ninety days of the date of this order, all process pursuant to FED. R. CIV. P. 4, including a copy of this court's order setting status conference, without prepayment of costs.

2. The Clerk of the Court shall send plaintiffs' counsel one USM-285 form for each defendant, one summons, a copy of the complaint, and this court's order setting status conference.

/////

/////

/////

1

1    3. Plaintiffs are directed to provide to the United States Marshal, within fourteen
2 days from the date this order is filed, all information needed by the Marshal to effect service of
3 process, and shall file a statement with the court that said documents have been submitted to the
4 United States Marshal.  The court anticipates that, to effect service, the U.S. Marshal will require
5 at least:

6    a. One completed summons for each defendant;
7    b. One completed USM-285 form for each defendant;
8    c. One copy of the endorsed filed complaint for each defendant, with an
9         extra copy for the U.S. Marshal;
10   d. One copy of this court's status order for each defendant; and
11   e. One copy of the instant order for each defendant.

12   4. In the event the U.S. Marshal is unable, for any reason whatsoever, to
13 effectuate service on any defendant within 90 days from the date of this order, the Marshal is
14 directed to report that fact, and the reasons for it, to the undersigned.

15   5. The Clerk of the Court is directed to serve a copy of this order on the United
16 States Marshal, 501 "I" Street, Sacramento, CA, 95814, Tel. No. (916) 930-2030.
17 Dated:  August 1, 2014.

_____
UNITED STATES DISTRICT JUDGE