UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWANSON, et al., | No. 2:14-CV-1431 KJM DAD |
| Plaintiffs, | |
| v. | ORDER |
| YUBA CITY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

In a minute order filed by the court on December 22, 2014 (ECF No. 18), a status conference was set for June 11, 2015, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference.  The parties filed their joint status report on June 4, 2015, but there was no appearance by plaintiffs' counsel Martha Millar at the conference.

Accordingly, plaintiffs' counsel is ordered to show cause within fourteen days of this order, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: June 18, 2015.

_____
UNITED STATES DISTRICT JUDGE

1