UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWANSON, et al.,<br><br>       Plaintiff,<br><br>   v.<br><br>YUBA CITY UNIFIED SCHOOL DISTRICT, et al.,<br><br>       Defendants. | No.  2:14-cv-1431 KJM DAD<br><br><br>ORDER |

On June 18, 2015, the court issued plaintiffs' counsel, Martha Millar, an order to show cause within fourteen days as to why she should not be sanctioned for failure to appear at the June 11, 2015 status conference in the above-captioned matter.  (ECF No. 32.)  As of the date of this order, counsel has not shown cause.

Accordingly, the court sanctions plaintiffs' counsel in the amount of $250.  Counsel shall not relay this cost to her clients.  Within seven (7) days of this order, counsel is ordered to remit payment and to file a declaration so stating.  Failure to comply will result in additional sanctions.

IT IS SO ORDERED.

DATED: July 8, 2015.

UNITED STATES DISTRICT JUDGE