**James K. Ward, Esq. (SBN 117639)**
**Daniel P. Jay, Esq. (SBN 215860)**
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue
Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
Attorneys for Defendants
YUBA CITY UNIFIED SCHOOL DISTRICT
and SUTTER COUNTY SUPERINTENDENT OF
SCHOOLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SWANSON, through his guardian ad litem HEATHER SWANSON-HOUSTON , and on her own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>YUBA CITY UNIFIED SCHOOL DISTRICT and SUTTER COUNTY SUPERINTENDENT OF SCHOOLS,<br><br>Defendants. | Case No.  2:14-cv-01431-KJM-EFP (TEMP)<br><br>**STIPULATION AND DECLARATION; ORDER TO ADJUST PRE-TRIAL SCHEDULING ORDER**<br><br><br>**Before the Honorable Kimberly J. Mueller** |

IT IS HEREBY STIPULATED by Plaintiffs, DAVID SWANSON and HEATHER SWANSON-HOUSTON, by and through their attorneys, and Defendants, YUBA CITY UNIFIED SCHOOL DISTRICT and SUTTER COUNTY SUPERINTENDENT OF SCHOOLS, by and through their attorneys, that the pre-trial scheduling order be amended as follows:

- Discovery cut-off: July 22, 2016.

- Expert Disclosure: August 19, 2016.

- Rebuttal Expert Disclosure: September 9, 2016.

- Expert Discovery cut-off: October 10, 2016.

THE PARTIES FURTHER STIPULATE that the law and motion date of July 29, 2016, the pre-trial conference date of October 13, 2016 and the trial date of December 5, 2016 set forth in the current pre-trial scheduling order shall remain the same.

This stipulation is based upon the following facts which the parties submit show good cause to adjust the pretrial scheduling order:

1. That on June 18, 2015, the Court established a discovery cut-off date of March 1, 2016.

2. That on February 18, 2016 the Court established a cut-off for all discovery of June 30, 2016.

3. That since the date of the June 18, 2015 original scheduling order, the parties have been diligently conducting discovery in a related state court case entitled *David Swanson v. Sutter County Superintendent of Schools, et al.* (Sutter County Superior Court case number CVCS 13-2115) which involves the same parties, the same core-set of facts relating to David Swanson's enrollment in Defendants' school programs and his treatment in those programs. Defendant Sutter County Superintendent of Schools is also involved in a related federal court case entitled *Armstrong v. Sutter County Superintendent of Schools* (Eastern District of California case number 2:13-cv-02624) which involves the alleged retaliatory termination of David Swanson's one-on-one caregiver, Annette Armstrong, and where it is also claimed that Ms. Armstrong was terminated because she advocated for David Swanson and reported physical abuse. The state court *Swanson* and *Armstrong* cases also involve many of the same witnesses that may be called to testify in the instant matter. Thus, it is expected that some of the discovery conducted in these two related cases will be useful to the defense and prosecution of the instant

matter but the parties would like additional time in the instant matter to finalize discovery to cover issues not addressed in the two related cases or addressed in the underlying administrative record in the instant matter. The discovery in the two related cases is still ongoing. Thus, the parties submit that there remains important follow-up discovery to be conducted in the instant case.

4. That since the date of the original scheduling order of June 18, 2015, the parties have met and conferred regarding the disclosure of expert witnesses and have come to the conclusion that it would save both parties significant amounts of money and effort if experts were disclosed after this Court hears the parties' dispositive motions which will occur no later than July 29, 2016. Such an arrangement will likely narrow the type of experts necessary and also narrow the scope of expert testimony, if experts are even necessary after dispositive motions are heard.

5. The parties, who all agree that the adjusted deadlines are necessary and reasonable, have meet and conferred and have agreed to the revised timeline set forth above. Furthermore, the proposed adjustment to the scheduling order will not result in a change of the trial date or other hearing date in this matter.

6. Based on the foregoing, the parties submit that good cause exists to adjust the pretrial scheduling order as follows: regular discovery cut-off to July 22, 2016; expert disclosure to August 19, 2016; rebuttal expert disclosure to September 9, 2016; and expert discovery cut-off to October 31, 2016. The parties ask that all other dates remain as stated in the original scheduling order.

7. The parties agree that this stipulation is valid under Local Rule 143.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 29, 2016 | EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP |
| | |
| | /s/ Daniel Jay |
| | _____ |
| | JAMES K. WARD |
| | DANIEL JAY |
| | Attorneys for Defendants SUTTER COUNTY SUPERINTENDENT OF SCHOOLS and YUBA CITY UNIFIED SCHOOL DISTRICT |
| Dated: April 29, 2016 | MARTHA MILLAR LAW |
| | |
| | /s/ Martha Millar |
| | _____ |
| | MARTHA MILLAR |
| | Attorneys for Plaintiffs DAVID SWANSON and HEATHER SWANSON-HOUSTON |

### DECLARATION OF DANIEL JAY

I, Daniel Jay, do hereby declare and say the following:

1.   I am one of the attorneys of record for the Defendants in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' request to adjust the pretrial scheduling order in this matter. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties are true and correct. This Declaration was executed on April 29, 2016 in Sacramento, CA.

/s/ Daniel Jay
_____
DANIEL JAY

**DECLARATION OF MARTHA MILLAR**

I, Martha Millar, do hereby declare and say the following:

1.   I am the attorney of record for the Plaintiffs in the above-entitled action. I have prepared this Declaration as evidence in support of the parties' request to adjust the pretrial scheduling order in this matter. The facts stated in the stipulation set forth above are true and correct and based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the facts stated above in the stipulation of the parties are true and correct. This Declaration was executed on April 29, 2016 in Grass Valley, CA

/s/ Martha Millar
_____
MARTHA MILLAR

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court orders that the pretrial scheduling order be amended as follows:

- Discovery cut-off: July 22, 2016.
- Expert Disclosure: August 19, 2016.
- Rebuttal Expert Disclosure: September 9, 2016.
- Expert Discovery cut-off: October 10, 2016.

IT IS SO ORDERED.

Dated:   May 3, 2016

_____
UNITED STATES DISTRICT JUDGE